JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
CAITLIN R. ZAPF - State Bar No. 255450
czapf@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Papa Murphy's International, LLC, a foreign LLC

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY MCCREGOR,<br><br>    Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, a Foreign Corporation d/b/a PAPA MURPHY'S TAKE N BAKE; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>    Defendants.<br><br>PAPA MURPHY'S INTERNATIONAL LLC, a foreign LLC,<br><br>    Third Party-Plaintiff,<br><br>v.<br><br>C.H. ROBINSON COMPANY, a Delaware Corporation; PROPACIFIC FRESH, INC., a California Corporation; GREENGATE FRESH, LLLP, an Arizona LLLP; and MOES 1 through 30, inclusive,<br><br>    Third Party – Defendants. | CASE NO. 4:18-CV-03028-YGR<br><br>**STIPULATION TO EXTEND GREENGATE FRESH, LLLP'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Third Party Complaint Filed:    July 5, 2018 |

1 | WHEREAS, PAPA MURPHY'S INTERNATIONAL LLC (hereinafter "PMI") filed a third party complaint on July 5, 2018 against, among others, GreenGate Fresh, LLLP (hereinafter "GreenGate");

WHEREAS, on July 18, 2018, PMI effectuated service on third party defendant GreenGate, making GreenGate's deadline to respond August 8, 2018;

WHEREAS, undersigned counsel was recently retained to represent GreenGate in the above-captioned matter;

WHEREAS, to give undersigned counsel time to analyze the third party complaint and draft a response, PMI's counsel agreed to 14–day extension of time for GreenGate to file an answer or otherwise respond to the third party complaint;

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, the parties, by and through their counsel stipulate to the following date:

August 22, 2018: Last day for GreenGate to file an answer or otherwise respond to the third party complaint.

IT IS SO STIPULATED.

DATED: August 2, 2018

WOOLS PEER DOLLINGER & SCHER
A Professional Corporation

 /s/ Jeffrey A. Dollinger
JEFFREY A. DOLLINGER
CAITLIN R. ZAPF
Attorneys for PAPA MURPHY'S
INTERNATIONAL LLC, a Foreign LLC

DATED: August 2, 2018

DINSMORE & SHOHL LLP

 /s/ Elvira Cortez
ELVIRA CORTEZ (275626)
Attorneys for Third Party – Defendant
GREENGATE FRESH, LLLP