William T. Mitchell (GA Bar No. 513810) (*PHV*)
bmitchell@cmlawfirm.com
Sean Keenan (GA Bar No. 523871) (*PHV*)
skeenan@cmlawfirm.com
Sunshine R. Nasworthy (GA Bar No. 564888) (*PHV*)
snasworthy@cmlawfirm.com
**CRUSER, MITCHELL, NOVITZ,**
**SANCHEZ, GASTON & ZIMET LLP**
275 Scientific Drive, Suite 2000
Norcross, GA 30092
404-881-2622 (phone)

Manuel D. Balam (CA Bar No. 236699)
800 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90017
213-689-8500 (phone)
mbalam@cmlawfirm.com
*Attorneys for Third-Party Defendant*
*C.H. Robinson Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATY McGREGOR,<br><br>    Plaintiff,<br><br>vs.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, a foreign corporation d/b/a PAPA MURPHY'S TAKE N BAKE; DOES 1 through 10 inclusive; and ROE entities 1 through 10, inclusive,<br><br>    Defendants, | CASE NO.: 4:18-CV-03028-YGR<br>Judge: Yvonne Gonzalez Rogers<br>Courtroom 1<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br>Complaint Filed:    May 22, 2018<br>Third Party Complaint Filed: July 5, 2018<br>Trial:  Not Set |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS          4:18-CV-03028-YGR

PAPA MURPHY'S INTERNATIONAL, LLC, a foreign LLC,

    Third-Party Plaintiff,

vs.

C.H. ROBINSON COMPANY, a Delaware corporation; PROPACIFIC FRESH, INC., a California corporation; GREENGATE FRESH, LLLP, an Arizona LLLP; and MOES 1 through 30, inclusive,

    Third-Party Defendants.

Pursuant to Civil L.R. 3-15 and Fed.R.Civ.P. 7.1, the undersigned counsel of record for Third-Party Defendant C.H. Robinson Company certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| INTERESTED PARTY | CONNECTION TO CHR |
|---|---|
| C.H. Robinson Worldwide, Inc. | Parent Company |
| Old Republic Insurance Company | Insurer |

Dated: August 31, 2018.

    **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
    By: /s/ *Sean Keenan* _____
    William T. Mitchell (*PHV*)
    bmitchell@cmlawfirm.com
    Sean Keenan (*PHV*)
    skeenan@cmlawfirm.com
    Sunshine R. Nasworthy (*PHV*)
    snasworthy@cmlawfirm.com
    Attorneys for Third Party Defendant
    C.H. ROBINSON COMPANY

## CERTIFICATE OF SERVICE

I certify that, on the date specified below, this document filed through the CM/ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by United States mail to all unregistered participants.

Dated: August 31, 2018

                                          **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
By: /s/ *Sean Keenan* _____
William T. Mitchell (*PHV*)
bmitchell@cmlawfirm.com
Sean Keenan (*PHV*)
skeenan@cmlawfirm.com
Sunshine R. Nasworthy (*PHV*)
snasworthy@cmlawfirm.com
Attorneys for Third Party Defendant
C.H. ROBINSON COMPANY