John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:          jakefreed@dwt.com

Attorneys for Third-Party Defendant
PRO PACIFIC FRESH, INC.

IT IS SO ORDERED

*Judge Yvonne Gonzalez Rogers*

9/7/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATY MCGREGOR,<br><br>          Plaintiff,<br><br>    v.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, et al.,<br><br>          Defendants.<br><hr>PAPA MURPHY'S INTERNATIONAL, LLC,<br><br>          Third-Party Plaintiff,<br><br>    v.<br><br>C.H. ROBINSON COMPANY, et al.,<br><br>          Third-Party Defendants. | Case No. 18-cv-03028-YGR<br><br>**STIPULATION TO EXTEND TIME FOR PRO-PACIFIC FRESH, INC. TO RESPOND TO THIRD-PARTY COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>**Third-Party Complaint filed July 5, 2018** |

DAVIS WRIGHT TREMAINE LLP

**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**
**Case No. 18-cv-03028-YGR**

WHEREAS, on July 5, 2018, Defendant and Third-Party Plaintiff Papa Murphy's International, LLC ("Papa Murphy's") filed a Third-Party Complaint against Pro Pacific Fresh, Inc. ("Pro Pacific") and others;

WHEREAS Pro Pacific's current deadline to answer, move, or otherwise respond to Papa Murphy's Third-Party Complaint is September 6, 2018.

NOW THEREFORE, Papa Murphy's and Pro Pacific HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Pro Pacific to answer, move, or otherwise respond to Papa Murphy's Third-Party Complaint shall be extended up to and including <u>September 14, 2018</u>.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: September 5, 2018

DAVIS WRIGHT TREMAINE LLP
John D. Freed

By: */s/ John D. Freed*
      John D. Freed

Attorneys for Third-Party Defendant
PRO PACIFIC FRESH, INC.


WOOLLS PEER DOLLINGER & SCHER
Caitlin R. Zapf

By: /s/ *Caitlin R. Zapf*
      Caitlin R. Zapf

One Wilshire Building
624 S. Grand Ave., 22nd Floor
Los Angeles, CA 90017
Attorneys for Defendant and Third-Party Plaintiff
PAPA MURPHY'S INTERNATIONAL, LLC

# CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that Caitlin R. Zapf, counsel for Defendant and Third-Party Plaintiff Papa Murphy's International, LLC, has provided her concurrences in the electronic filing of the foregoing document entitled STIPULATION TO EXTEND TIME FOR PRO PACIFIC FRESH, INC. TO RESPOND TO THIRD-PARTY COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a).

/s/ John D. Freed
John D. Freed