William D. Marler (admitted *pro hac vice*)
R. Drew Falkenstin (admitted *pro hac vice*)
MARLER CLARK LAW FIRM
1012 1st Avenue, Suite 500
Seattle, Washington 98104
T: (206) 346-1888
F: (206) 346-1898

Craig Murphy, Esq.
California Bar No. 314526
MURPHY & MURPHY LAW OFFICES
4482 Market Street, Ste 407
Ventura, CA  93003
(702) 369-9696 Phone
(702) 369-9630 Fax

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY MCGREGOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, et al.,<br><br>    Defendant.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, et al.,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>CH ROBINSON COMPANY, et al.,<br><br>    Third-Party Defendant. | Case Number:  18-cv-03028-YGR<br><br>**STIPULATION TO VOLUNTARILY DISMISS PLAINTIFF AND THIRD-PARTY PLAINTIFF ACTIONS UNDER F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and among all parties, through undersigned counsel, that all claims are dismissed without prejudice under Fed. R. Civ. Proc. 41(a)(1)(A)(ii).  This dismissal shall apply to Plaintiff's causes of action against Defendant Papa Murphy's International, Inc., as well as all of third-party plaintiff Papa Murphy's International, Inc.'s causes of action against the third-party defendants.  All parties will bear their own costs and attorneys fees.

IT IS SO STIPULATED.

DATED:  September 12, 2018

MARLER CLARK LLP

By:  /s/R. Drew Falkenstein
      R. Drew Falkenstein

Attorneys for Plaintiff KATY McGREGOR


WOOLLS PEER DOLLINGER & SCHER

By:  /s/Caitlin R. Zapf
      Caitlin R. Zapf

Attorneys for Defendant and Third-Party Plaintiff
PAPA MURPHY'S INTERNATIONAL, LLC.


DAVIS WRIGHT TREMAINE LLP

By:  /s/John D. Freed
      John D. Freed

Attorneys for Third-Party Defendant
PRO PACIFIC FRESH, INC.

CRUSER MITCHELL NOVITZ SANCHEZ GASTON AND ZIMET LLP

By: /s/Sean F. W. Keenan
    Sean F. W. Keenan

Attorneys for Third-Party Defendant
C.H. ROBINSON COMPANY

DINSMORE AND SHOHL LLP

By: /s/Elvira Cortez
    Elvira Cortez

Attorneys for Third-Party Defendant
GREENGATE, LLLP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____.

_____
Honorable Judge Yvonne Gonzalez Rogers